*In re* MIGUEL A. LABORDE FREYRE.

*Número:* AB-97-113        *Resuelto:* 27 de marzo de 1998

*Miguel A. Laborde Freyre, pro se.*

## RESOLUCIÓN

Examinada la moción de reconsideración del abogado y la declaración jurada que se acompaña del quejoso, se reconsidera lo dispuesto en la opinión *per curiam* y Sentencia de 13 de febrero de 1998.

En estas circunstancias, se ordena al Colegio de Abogados que reactive la queja de la Sra. Eva L. Figueroa Estrella contra el abogado y someta oportunamente el informe correspondiente. Además, la Secretaría del Tribunal queda autorizada a continuar los procedimientos relativos a la comunicación de la Hon. Georgina Candal, Juez del Tribunal de Primera Instancia.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

> *(Fdo.)* Isabel Llompart Zeno
> *Secretaria del Tribunal Supremo*